**GUBERNICK LAW, P.L.L.C**.
Benjamin Gubernick (SBN 321883)
 E-mail: ben@gubernicklaw.com
10720 W. Indian School Rd., Suite 19, PMB 12
Phoenix, AZ 85037
Telephone: (734) 678-5169

David N. Lake, State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE,**
 **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
Email: david@lakelawpc.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG TING CHONG and STEPHANIE MOORE,  individuals;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.:  2:20-cv-10052 FLAR (RAOx)<br><br>**STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND FOR BRIEFING SCHEDULE** |

Plaintiffs Kuang Ting Chong and Stephanie Moore ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") (collectively, the "Parties"), through their undersigned counsel, stipulate as follows:

**WHEREAS**, on November 2, 2020, Plaintiffs filed a Complaint in this action;

**WHEREAS**, on January 28, 2021, Defendant filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6);

**WHEREAS**, Plaintiffs' opposition to Defendant's Motion to Dismiss is due March 17, 2021;

**WHEREAS**, on February 24, 2021, the plaintiff in a separate case alleging similar claims against Defendant filed a motion with the United States Judicial Panel on Multidistrict Litigation that, if granted, will transfer this action to the Northern District of California. *See In Re Bank of America California Unemployment Benefits Litigation*, MDL No. 2992, Dkt. No. 1.

**WHEREAS**, the Parties have agreed that Plaintiffs will file a First Amended Complaint in lieu of an opposition to Defendant's Motion to Dismiss, and that Defendant will file a renewed Motion to Dismiss;

**WHEREAS**, the Parties propose the following deadlines:

- Plaintiffs' First Amended Complaint must be filed no later than March 31, 2021;
- Defendant's Motion to Dismiss the First Amended Complaint must be filed no later than April 30, 2021;
- Plaintiffs' Opposition to the Motion to Dismiss must be filed no later than May 21, 2021;
- Defendant's reply must be filed no later than June 4, 2021.

**WHEREAS**, no party will be prejudiced by the stipulated-to extension;

**WHEREAS**, the Parties agree that justification and good cause exist to permit the filing of the First Amended Complaint and set the briefing schedule on Defendant's Motion to Dismiss as proposed herein;

**WHEREAS**, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action; and

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, that Plaintiffs may file a First Amended Complaint in lieu of a response to Defendant's Motion to Dismiss no later than March 31, 2021 and that Defendant's Motion to Dismiss the First Amended Complaint must be filed no later than April 30, 2021, Plaintiffs' Opposition to the Motion to Dismiss must be filed no later than May 21, 2021, and Defendant's reply must be filed no later than June 4, 2021.

Date: March 17, 2021

By: _____
Benjamin Gubernick
GUBERNICK LAW, P.L.L.C.
Benjamin Gubernick (SBN 321883)
 E-mail: ben@gubernicklaw.com
10720 W. Indian School Rd., Suite 19, PMB 12
Phoenix, AZ 85037
Telephone (734) 678-5169

Attorneys for Plaintiffs

Date: March 17, 2021

By: /s/ Laura A. Stoll
Laura A. Stoll
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel:  +1 213 426 2500
Fax: + 1 213 623 1673

Attorneys for Defendant
BANK OF AMERICA, N.A.

*\* Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*