1  LAURA A. STOLL (SBN 255023)
   *LStoll@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   601 South Figueroa Street, 41st Floor
3  Los Angeles, CA 90017
   Tel.: +1 213 426 2500
4  Fax: +1 213 623 1673

5  DAVID R. CALLAWAY (SBN 121782)
   *DCallaway@goodwinlaw.com*
6  **GOODWIN PROCTER LLP**
   601 Marshall Street
7  Redwood City, CA 94063
   Tel.: +1 650 752 3100
8  Fax: +1 650 853 1038

9  Attorneys for Defendant:
   BANK OF AMERICA, N.A.
10

11            UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13            WESTERN DIVISION (LOS ANGELES)

14

| | |
|---|---|
| KUANG TING CHONG and STEPHANIE MOORE, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-10052-FLA-RAO<br><br>**DECLARATION OF ROBERT CHESTNUT IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Date: Friday, June 25, 2021<br>Time: 1:30 p.m.<br>Dept: 6B<br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br>Filed/Lodged Concurrently with:<br>1. Notice of Motion and Motion to Dismiss the First Amended Complaint; Memorandum of Points and Authorities in Support thereof;<br>2. Request for Judicial Notice;<br>3. Declaration of Shane M. Daniels; and<br>4. [Proposed] Order |

I, Robert Chestnut, declare as follows:

1. I am employed by Bank of America, N.A. ("BANA"). One of my responsibilities at BANA is oversight of the California Employment Development Department ("EDD") prepaid card account.

2. I make this declaration based upon personal knowledge and belief, upon BANA's records maintained in the ordinary course and scope of business, and upon information gathered from other BANA employees. If called to testify as to any of the matters set forth in this declaration, I could and would competently testify thereto.

3. A true and correct copy of the Account Agreement between BANA and each EDD cardholder is attached hereto as Exhibit 1.

4. A true and correct copy of excerpts of the agreement between BANA and EDD currently in effect is attached hereto as Exhibit 2.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 29th day of April, 2021.

By: _____
ROBERT CHESTNUT